

_____
Honorable Bruce A. Markell
United States Bankruptcy Judge

Entered on Docket
June 28, 2013

TIMOTHY S. CORY, ESQ.
Nevada Bar No. 1972
**DURHAM JONES & PINEGAR**
10785 W. Twain Ave., #200
Las Vegas, Nevada 89135
Telephone (702) 870-6060
tcory@djplaw.us
Attorneys for the Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

BUYERS ONLY REAL ESTATE AGENCY, LLC.,

Debtor

Case No.: 12-23519-BAM

Chapter 11

**Hearing Date: June 18, 2013**
**Hearing Time: 10:00 A.M.**

### ORDER GRANTING APPLICATION TO EMPLOY SPECIAL COUNSEL

The Application to Employ Special Counsel (Doc 37) (the "Application") filed in this case by the Debtor, having been heard by this Court on June 18, 2013, the Court having reviewed and considered the Motion, and due notice of the Motion and the hearing of the Motion having been given to all parties entitled thereto, and having heard the argument of counsel at the hearing on the Motion, at which time all parties in interest were afforded an opportunity to be heard, and for the reasons stated orally and recorded in

LV_147830.1

1  open court that shall constitute the decision of the Court pursuant to Rule 7052 of the
2  Federal Rules of Civil Bankruptcy Procedure, and good cause appearing, it is hereby:
3      **ORDERED** that the Application is **GRANTED**; it is further
4      **ORDERED** that the Debtor is authorized to employ and appoint the law firm of
5  Reade & Associates as Debtor's Special Counsel to represent the Debtor as stated in the
6  Application, nunc pro tunc, to the Petition date.

Respectfully Submitted,

/s/ Timothy S. Cory
Timothy S. Cory, Esq.
Durham Jones & Pinegar
Attorneys for the Debtor in Possession

### #

- 2 -

LV_147830.1

Local Rule 9021

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

___  The court has waived the requirement set forth in LR 9021(b)(1).

___  No party appeared at the hearing or filed an objection to the motion.

_X_  I have delivered a copy of this proposed order to all counsel who appeared at the hearing and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

>Michael R. Mushkin, Esq.
>Michael R. Mushkin & Associates, P.C.
>4475 S. Pecos Road
>Las Vegas, Nevada 89121
>*Attorneys for Newcom Telephone Company Inc.*

_X_ Approved   ___ Disapproved   ___ Failed to Respond

>Ryan J. Works, Esq.
>McDonald Carano Wilson LLP
>2300 West Sahara Avenue, Suite 1200
>Las Vegas, Nevada 89102
>*Attorneys for Nevada State Bank*

_X_ Approved   ___ Disapproved   ___ Failed to Respond

___  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Respectfully submitted:


*/s/ Timothy S. Cory*
Timothy S. Cory

- 3 -

LV_147830.1